```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

NAILAH FEMI BOURNE and GLADSTONE
ROBINSON JR.,
                                                    MEMORANDUM & ORDER
                 Plaintiffs,                          25-CV-1033 (EK)


               -against-


THE ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS, et al.,

                 Defendants.
--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

      By Order dated March 27, 2025, I denied plaintiffs' requests to proceed *in forma pauperis* ("*IFP*") in light of their invocation of the Fifth Amendment right to remain silent in response to several questions on the *IFP* application, as well as additional questions that they otherwise refused to answer. *See* ECF No. 16.  Plaintiffs were directed to either pay the filing fee or submit completed *IFP* applications on or before May 6, 2025.  Docket Order dated April 22, 2025.  That order cautioned that the case may be dismissed if they did not comply.  *Id.*  Plaintiffs have failed to pay the filing fee or submit completed *IFP* applications and the time for doing so has passed.

      Accordingly, this action is dismissed without prejudice.  The Clerk of Court is respectfully requested to enter judgment, mail a copy of this Order to plaintiffs, note

the mailing on the docket, and close this case.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       SO ORDERED.

                                              /s/ Eric Komitee
                                             ERIC KOMITEE
                                             United States District Judge

Dated:    November 10, 2025
            Brooklyn, New York